FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2021**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEC TABAK,<br><br>   Plaintiff,<br><br>v.<br><br>K H Q INCORPORATED,<br><br>   Defendant. | No.   2:21-CV-00239-SMJ<br><br>**ORDER DISMISSING CASE** |

The parties have filed a stipulated dismissal, ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED**:

**1.**   The parties' Stipulation of Dismissal, **ECF No. 17**, is **GRANTED**.

**2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.**   All pending motions are **DENIED AS MOOT**.

**4.**   All hearings and other deadlines are **STRICKEN**.

//

//

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2